IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTRELL E. WILLIAMS,

                Plaintiff,                      ORDER

   v.

                                      14-cv-871-wmc

NICHOLAS BUHR, *et al.*,

                Defendants.

---

*Pro se* plaintiff Quentrell E. Williams is proceeding with claims that several state employees were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Williams filed a motion to compel on February 29, 2016, stating that he mailed interrogatory requests to defendants on January 20, 2016, in an attempt to discover the identity of the Jane Doe defendants, but that defendants had not responded. (Dkt. #17.)

Defendants responded, stating that they timely answered plaintiff's discovery requests, but that plaintiff may not have received the responses due to his recent release from incarceration and subsequent change of address. (Dkt. #18.) Defendants have certified that they mailed another copy of their responses to plaintiff's updated address in Iowa. Plaintiff did not file any reply contesting defendants' response, so the court assumes that he has received defendants' discovery responses. Because it appears that no court action is required at this time, the court will deny plaintiff's motion to compel as moot. Plaintiff has now missed his March 7, 2016 deadline for identifying the Jane Doe defendants. If plaintiff still intends to pursue claims against them, he must file a motion

requesting permission to file an amended complaint identifying them, providing an explanation why he missed his March 7, 2016 deadline for doing so.

## ORDER

IT IS ORDERED that plaintiff Quentrell E. Williams's motion to compel (dkt. #17) is DENIED as moot.

Entered this 8th day of June, 2016.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge