IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTRELL E. WILLIAMS,

    Plaintiff,

v.

NICHOLAS BUHR,, DR. MAIER, MICHAEL
MEISNER and C. WARNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-871-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case.

/s/                                                                5/22/2017

Peter Oppeneer, Clerk of Court                          Date